United States District Court
Northern District of Texas



Timothy Fredrickson,
Plaintiff

vs

Male Nurse Bryan Weaver,
Regional Medical Director Russle,
Regional Chaplin Schanfish,
Dr Wallace,
Dr Leon Moquin,
Assistant Administrator Mr J. King
Ms I. Alausa, (Nurse)
Female Nurse 2,
FBOP Regional Director,
FBOP Regional Psychologist,
Warden Kathy Zook of Seagoville,
Warden C. Rivers of Seagoville,
Warden Scarlet Grant of Seagoville,
Defendants

No.

3-25CV0820-X

**Verified Complaint**

Jury Demand: Yes

### Introduction to the Case

Injections of any kind violate my sincerely held religious beliefs. I have very strongly objected to any and all injections my entire life, including after arrest. I concede the government has a compelling interest in testing for the presence of Tuberculosis ("TB"), but I have identified an alternative that satisfies that interest without doing violence to my religion. An Interferon Gamma-Ray Assay ("IrGA") is that less restrictive means, and is performed by drawing blood rather than by injection. The BOP has refused that alternative at all relevant times.

### Jurisdiction and Venue

1. This action arises under the Religious Freedom Restoration Act (RFRA), Title 42 USC §2000bb, et seq., which protects individuals from substantial burdens on their religious exercise by the federal government.

2. This court has jurisdiction under 28 USC §1331 (federal question) and 28 USC 1343 (civil rights). The RFRA and RLUIPA also provide jurisdiction in addition to a right of action.

3. The events detailed in this complaint occurred in Seagoville Texas, which is in the Northern District of Texas. See Title 28 §124(a)(1). Venue is thus proper in Texas.

4. The Plaintiff, and each Defendant also reside in Texas, Venue is most appropriate in Texas.

### Religious Foundation

5. I was born and raised in a Christian family, and attended Christian church as a God fearing member.

6. As I grew into adulthood, I sought a closer relationship with my Creator and Savior, and noticed that Catholics put more action into their faith with additional services and events to worship our one God.

7. Uncomfortable with what I believed to be an overemphasis on the virgin Mary and Saints as a preferred intermediary to Jesus who is *my* preferred intermediary to God and the Holy Spirit, I later learned of the Greek Orthodox Church, which maintained what I saw as a closer relationship without overemphasis on the Virgin Mary. I then joined a Greek Orthodox Christian church.

8. Regardless of denomination, a sincerely held religious belief is that the body is the temple of the Lord, and as a result a central tenant of my faith is to not allow that temple to be defiled.

9. I have a sincerely held religious belief that the following would defile that temple: Tattoos, injections, unnatural or wholly synthetic medications, or anything that would taint the blood.

10. These beliefs are based in part on the following Bible verses:

    10.A. 1 Corinthians 6:19-20 "Do you not know that your body is a temple of the Holy Spirit within you, whom you have from God. You are not your own, for you were bought with a price. So glorify God in your body"

    10.B. Romans 12:1 "I appeal to you therefore, brothers, by the mercies of God, to present your bodies as a living sacrifice, holy and acceptable to God, which is your spiritual worship"

    10.C. Leviticus 17:11 "For the life of the flesh is in the blood, and I have given it for you on the alter to make atonement for your souls, for it is the blood that makes atonement by the life"

    10.D. Leviticus 11:44 "For I am the Lord your God. Consecrate yourselves therefore, and be holy, for I am holy"

    10.E. Jeremiah 17:5 "Thus says the Lord: 'Cursed is the man who trusts in man and makes flesh his strength, whose heart turns away from the Lord".

    10.F. Psalm 103:2-3 "Bless the Lord, O my soul, and forget not all his benefits, who forgives all your iniquity, who heals all your diseases".

11. I have a sincerely held religious belief that I must remain as God made me.

12. I have never received a tattoo, avoid all injections, and have never been faced with invasive surgery.

## Chronology of the Facts

13. The event described in this point is beyond the statute of limitations, and is provided as *background only*: I first entered an official BOP facility, while a pretrial detainee, with a bus-load of other detainees. While at MCC Chicago I was strip searched, given jail clothes, and asked to take a PPD injection which I declined. I explained that my religion prohibited injections, and staff did not ask what my religion was. I was brought to the SHU, placed in a cage the size of a phone booth, stripped naked for the second time in 10 minutes. I did not see any replacement clothes, so I asked about this and tried to verify that I would be getting clothes, and not sleeping naked in a cage. The officer went absolutely irate beyond any threshold I had ever seen in any human, with spit flying from his mouth, and fingering his yellow taser which he un-holstered and pointed at me with its red laser shining through the cage. I began to fear for my life because this was unprovoked and very extreme, and there were no cameras to witness this startling event. I was forced to give up my clothes, but did eventually receive a heavily stained yellow two-piece uniform. I was handcuffed and brought to a cell in the back half of the SHU with one bed mat which had begun to grow a white mold. There was a linen blanket folded at the foot of the mat, which smelled like urine, which I was careful to place over the mold to insulate it from my body. I went to sleep, and an officer came by to ask if I was ready to receive an injection. I said "no", and the officer simply left. The next day before lunch, nurse Janca asked if I would take the shot, and when I declined, asked why. I stated my religion prevented it, my last test (done by X-Ray) was less than a year old (emphasizing this attempted test was premature), and that I would opt for either another X-Ray, the IrGA blood draw, or medical isolation for one year. He tried to persuade me to reconsider, and I said that I would go as far as a lawsuit to protect my rights. Nurse Janca said that he "had won these kind of lawsuits in the past". Janca then went away. Janca came back with an officer and held up one page of an internal policy to the window, with the paper intentionally folded to prevent reading the whole thing, and refused to give it to me to fully read. The uncovered portion said that officers could use force. I was then threatened by Janca with personal injury, when he said that if I did not take the injection, that he would "come in with a squad of officers in full riot gear to hold you down and stick it in the back of your fucking neck". I understood this to be an especially heinous threat, because even though the injection is meant to be placed between the fist and second layer of skin, the threatened site was at my spine and if he "accidentally" went just a centimeter deeper or was bumped by another officer, the needle would go into my spinal cord and make me a quadriplegic for life --at which point I would not even be able to commit the suicide preferable to such a disabled life. As a matter of self-preservation, at that time I had no choice but to receive a shot in my arm against my will and religion. I was then placed in general population with 240 inmates an hour later, well in advance of the 48-hour period before the results could be read to determine whether or not I had TB. I asked other inmates if they were isolated until their PPD injection site was read to verify a negative result, and not a single inmate had --meaning that if there ever was a positive inmate, TB would spread to the entire population before detection.

14. This second event may or may not be barred by SOL, but is explained to provide further background, which is especially relevant because it is the same facility at which the main claims below occurred: I arrived at FCI Seagoville in Texas during covid in 2021, and while in the R&D intake refused the PPD injection for religious reasons. BOP staff again did not ask what my religion was. The female nurse that was performing covid tests and PPD injections deferred to Dr Wallace regarding my religious objection to injections, and my protest that a previous test was performed less than a year ago, and that I opted for either an X-Ray or IrGA blood draw. Dr Wallace looked directly at me and said point blank "take the injection now, or go to the SHU. There will be no discussion about anything". Dr Wallace then continued doing work at the other end of the room. Having experienced the traumatic events at MCC Chicago detailed above, along with this facility and its Dr Wallace's inability to be persuaded with reason and logic, I was again forced to receive an injection against my will and in violation of my religion. I was then allowed to remain with all of the other recent arrivals, before any of our PPD tests were read to verify a negative result. An irony considering parallel covid concerns. I spoke to several inmates who said that the intake is run under different and much more strict rules that only apply to the pretrial/jail half of the facility as a side effect of the contract between the city and storing overflow federal inmates on the city's side of the fence. I was told that there were several Muslim inmates who successfully opt for the X-Ray alternative, and I let the subject drop. I would later find that I was misled by idiots.

15. In January of 2022 I was injected at Seagoville a second time, and was not prepared because I relied on bad information.

16. Staff would not listen to my religious objection, requested alternatives, or allow me to come back later with the BOP's own policy which actually recommends a blood draw over an injection.

17. On or about 3/8/2022 at 5:15pm I again attempted informal resolution. This time by sending an electronic message to chaplain Schanfish.  Exhibit __1__

18. On 5/8/2022 at 1:39pm I reiterated the RFRA, and applied its test to the facts of this case to emphasize that the law not only requires some form of answer, but a favorable outcome for me in light of the less burdensome means that is in the BOP's own policy, and that I told them about on numerous occasions.

19. On 5/24/2022 at 3:22pm I was instructed to "come by the chapel and complete a 'New and Unfamiliar Religious Questionnaire' ", which I did while also stapling my above electronic message and was told it would go to the regional office for approval.  Exhibit __1__

20. I was never informed of a result, and led to believe that "no news is good news" --that it was resolved.

21. On or about January 24, 2023 the following events occurred:

   21.A. I walked into the exam room where Dr Moquin was performing PPD injections; and informed him that I have a religious exemption that requires an alternative testing method –and specifically requested an IrGA or X-Ray. Moquin told me that he had never heard of alternatives based on religion and that he would look into it. He then told me to go to the end of the line.

   21.B. When my turn came up again, he told me that he would talk with the infectious disease specialist, and walked to male nurse Weever's office.

   21.C. Mr Weever was temporarily out or busy because Moquin said as much to a female nurse, asking her if an X-Ray is OK. She said "no" and asked where Moquin had heard that. Mr Moquin then pointed to me and I explained that IrGA is an option as well, and is actually part of official policy. She was busy and went into the room she was working in. Mr Moquin returned to the exam room.

   21.D. Mr Moquin performed another PPD injection on an inmate, and I overheard the inmate complain that he had already been tested recently. Mr Moquin told him that the test results had not been entered, necessitating another test.

   21.E. Mr Moquin then walked back to Mr Weever's office and minutes later came out to motion me to follow and enter Weever's back office. Mr Moquin then left me alone with Mr Weever.

   21.F. Weever told me that there is no religious alternative, and that he would only follow BOP protocol. I told Weever that IrGA *is* protocol and that if he brought up the protocol I could show him the page it was located on. He did not believe me that it was protocol, but was willing to look up "irga" on google. He told me that "inferon gas analysis" was a result, to which I responded that it should be "interferon gamma ray assay". He then purported to look it up on "BOPnet", but did not convey the results. He would not allow me to leave/return with my personal copy of BOP policy.

   21.G. Weever told me that if I did not get the shot, he would put me in the SHU until region gives the okay to hold me down and administer it forcefully. He then told me that he has done exactly that, many times before.

   21.H. I pleaded for him to hold off the injection until the required one year mark, so that I could have the TB procedure sent in. I told him that the BOP was still several months early. Weever told me that the computer says I was last injected on Jan 24, and that the fact of two prior injections voided my "sudden claim to religion"; Ignoring any explanation that did not fit his narrative.

21.I. Weever then told me that he was forced to receive the Covid Vaccine in the military, despite his Christian beliefs, and was still unhappy about it. He then said that "If I have to get a shot, so do you".

21.J. Weever then told me that he and the BOP will do the most efficient test and asked me "which do you think the BOP is going to do? A 3-cent injection or a $500 blood draw?".

21.K. Weever directed thinly veiled threats at me, including "we don't like squeaky wheels around here".

21.L. I filed two BP-8's which are the beginning of the administrative remedy process, but they were never answered, preventing me from continuing the process. I was also deterred from filing a BP-9 or a sensitive BP-10 by Mr Weever's threat about getting rid of "squeaky wheels". I knew that either filing would inevitably result in retaliation. The threat was reinforced by the physical and psychological abuses of other officials as described above.

21.M. I was able to delay and avoid medical until one day I was called down for an X-ray, and was told that it was read to indicate a negative TB result. I was not injected that year.

22. A few months later, I talked medical staff into throwing in an IrGA test with my other bloodwork, but my ulterior motive was to provide proof for this civil action that Seagoville does possess the ability to do this test.

23. On June 22, 2023 at 2:07pm, I attempted to fly under Weever's radar and again requested a religious pass through the chapel to prevent my religion from being violated again in 2024.

24. Later that day at 7:37pm, Schanfish stated that my "religious preference" was incorrectly set to protestant, and that "as a protestant chaplain, I can definitively say that there is no religious prohibition in any denomination of the Protestant faith community that prohibits TB skin tests" and that moreover "[Medical] said there is no immediate need for you to have a TB skin test". In an attempt to dissuade me from filing or making any formal requests. Exhibit 4

25. There were no BP-9's available to me on or around 5/5/2023, preventing any possible appeal or use of the administrative remedy program. See Exhibit 8

26. On August 2, 2023 at 12:43pm, I sent a followup electronic message outlining the error, and making it very clear that "I don't want the last-minute chaos that always ensues in the BOP that always ends adversely for the inmate. I continue to ask that you send my request to region for a religious pass".

27. Later that day at 2:22pm by electronic message, I learned that my last one from mid 2022 was never sent to region because it was allegedly incomplete "and now is out of date". Exhibit __4__

28. In 2022, I had fully filled out the previous form as then existed, relying on chaplain Schanfish in good faith.

29. Schanfish's failure to send my mid-2022 request to region or notify me a new 2023 form was needed demonstrated deliberate indifference and directly correlated in the 2023 injection.

30. There were no BP-9's available to me on or around 3/10/2024, preventing any possible appeal. Exhibit

31. On Monday March 25, 2024 at 11:20AM, the following events occurred:

   31.A. I was called to medical for the yearly TB test, and I explained to nurse Alausa that I had an X-Ray which exempts me from further testing, and alternatively that I would like to opt for another test by X-Ray.

   31.B. At first nurse Alausa resisted the notion of testing by X-Ray, and informed me that the records of my previous X-Ray could not be located. I insisted that she keep looking, which she did and they were eventually found. I was allowed to leave medical at this time.

   31.C. An hour later at 11:24AM, I was called back to medical for testing and nurse Alausa told me that assistant administrator Mr King wanted to speak with me.

   31.D. Mr King asked me why BOP records show three injections in the past if I had a religious objection; and I explained that they were forced each time against my will.

   31.E. Mr King told me that "you cant claim religion" to avoid injection of PPD, and that "its mandatory testing in the BOP" by injection.

   31.F. Mr King told me that an X-Ray is only an option for those who have had TB in the past, because a skin test would always show positive for them. He acknowledged that I refused the injection in 2023, then told me I would not be allowed to have another X-Ray.

   31.G. Mr King told me that the Regional psychologist and Regional medical director said that policy only recognizes testing by injection of PPD.

   31.H. Mr King told me that if I refused injections, I would be placed in the SHU and in less than 24 hours they would "suit up" and inject me by force.

31.I. Mr King explained that the "official" reason for being placed in the SHU, is a "precaution" because there is "no way to verify that you're not" actively infected with TB.

31.J. I asked "what would be the BOP's official reason for suspecting I might be exposed to TB?" and Mr King simply responded "you have to get planted with a TB test".

31.K. I again asked "The BOP doesn't have any reason to suspect that I might have TB; They are doing it just because?". Mr King responded "You are not able to refuse. So you have about 30 seconds to say 'yes' or gotta take you down to the lieutenant's office while we process the incident report".

31.L. I repeated that "last year I didn't refuse it, I did the X-Ray. Why can't I do that again?"; and Mr King said that "its not an option, you can't opt for it" and that "There is nobody that can refuse it. It gets planted on every single adult in custody across the Bureau".

31.M. Mr King went on to explain that even the people who are exempt, typically Hispanics, still have to get an initial injection; That "until you get one planted in the BOP we cant even recognize" a hospital's professionally performed test.

31.N. I then stated that I have personally read BOP policy, and that in fact there is a *third* alternative, and explained "the interferon gamma ray assay" which is "done by drawing blood, rather than by injecting". Mr King responded that "its not an option".

31.O. In case Mr King misunderstood me or overlooked the IrGA blood test for TB; I asked "are you saying you've never seen it in the internal program statement?" Mr King responded "I'm telling you, that we are going to give you a TB test today, and if not today, tomorrow and you will stay in the SHU for the duration until its read"

31.P. I again requested a blood draw, and Mr King explained that he only had the power to "adjust the date, so that if there's a specific day" like Ramadan or a birthday or funeral, he could give the test at an earlier time of year, effectively shifting when the yearly test occurs.

31.Q. I asked if he could delay the test just one more day, and he said "No", and that about "six emails went all the way up Friday" about my refusal to be injected, which included the Warden, regional medical director Russle, Regional Chaplin Schanfish, and the regional psychologist. I asked if I could get a copy of these emails, and he refused, saying that I would need to FOIA them.

31.R. Minutes later, I again received an injection against my will and religion.

32. In the months following this violation, a new warden took over, and Weever was replaced.

33. On 4/3/2024 after learning Mr Weever was gone, and with new Warden Ms Grant, I attempted to file a BP-8 informal resolution, and printed the electronic message.

34. On 4/4/2024 at 6:52am, the warden's office responded that administrative remedies are not available for this issue, and that instead a TORT claim is "the proper format". Exhibit _7_

35. I turned in a third "new and unrecognized religion" form

36. On 2/4/2025 at 6:30PM, I was called over to the Chapel, and saw Mr Schanfish.

    36.A. Schanfish told me that a meeting to discuss my religious request would happen the next morning.

    36.B. I asked who would be present, and he indicated that Mr King, himself, and others would be present.

    36.C. I provided him a copy of the October 2015 Tuberculosis internal guide of operations, and reminded him that a blood draw would accommodate the BOP's interest without violating my religious beliefs.

    36.D. I further told him that I have had a IrGA blood draw performed here at Seagoville in the past.

37. On 2/5/2025 at 6:36am after breakfast I went to medical to see Mr King, but was told by two inmates that he was not there and rarely leaves the administrative building ever since he was injured. I then left.

38. A few hours later at 9:51am, I was called to medical and the following events unfolded:

    38.A. I spoke to Ms Alausa, who said that a blood draw was not possible

    38.B. On her desk I saw a copy of *Tuberculosis Federal Bureau Of Prisons Clinical Guidance* dated February 2020. Exhibit _____. https://www.bop.gov/resources/pdfs/TB_CPG.pdf

    38.C. I realized that I gave the Chaplin my older 2015 version of the same document.

    38.D. I attempted to give Mr Schanfish the 2020 version before the meeting and ended up interrupting that very meeting which was being held in the Chapel. I handed it to them and was instructed to leave and that "you cant be here".

    38.E. I was called back to the chapel a short time later by Schanfish, and told that the Captain wanted to speak with me.

    38.F. The Captain asked me to explain what my religious objection was in my own words.

39. On 2/06/2025 at 1:22PM I was served with incident report #4064743 which stated the following:

    39.A. "Prohibited Act Code 307 – Refusing to obey an order, specifically mandatory tuberculin testing (TB skin test)".

    39.B. "[On] 2-05-2025 [at] 1120 hrs Inmate FREDRICKSON, TIMOTHY, #22005-026 reported to Health Services and refused his annual mandatory TB screening (aka "PPD" skin test). Medical staff reviewed and referenced policy, then carefully explained to inmate Fredrickson #22005-026 there is NO religious exemption for annual TB screenings. Inmate Fredrickson 22005-026 stated, "I am not refusing the TB test, I am only requesting an alternative test such as the Quantiferon test which is a blood test. I don't want anything injected into me according to my religious rights". Inmate then departed Health Services without medical staff being able to complete this annual mandatory Tuberculin testing ("TB skin test")"

40. The following parts of the incident report are false and fabricated:                Exhibit 10

    40.A. Mr J. King was not in medical that morning at all, much less to observe or order anything.

    40.B. Any order would have been premature, because my due date for a test had not yet arrived.

    40.C. Medical staff's purpose for my visit to the medical unit was *not* to receive the PPD injection

    40.D. The purpose of my visit to medical was for medical staff to gather information at the behest of the Chaplin, and to discuss the BOP's policy and stance on the issue.

    40.E. Following the conversation, I did *not* depart medical, but rather *stayed* until after the facility began serving lunch. The reason I stayed was to obtain medical records from Ms Richie in the records department, which I did.

    40.F. I was the one to provide policy, though I did observe a copy of the February 2020 Guide on a desk.

    40.G. Quantiferon is not accurate, it is "Interferon Gamma-Ray Assay" (IrGA), which King would have known had he read the 2020 guide on page 6 through 7, or the table of contents.

    40.H. I explained that regardless of *internal* policy, the Religious Freedom Restoration Act (RFRA) acts as a sort of "super-statute" which would displace the normal operation of policy, and as such there *is* a religious exemption  --or to be more accurate, an alternative.

    40.I. While being served with the charge by Ms Swanson, I pointed out several of these errors, inaccuracies and fabrications. Swanson said "I'm just here to serve you the papers"

41. On 02/27/2025 there was a mass building shakedown, and officers scattered my legal papers all over the room. My draft of this lawsuit up until just above this paragraph was moved, and I have reason to believe that officers read this lawsuit, accompanying memorandum, and the exhibits that I am including. I strongly believe that officials changed their mind after seeing a slam-dunk civil action holding several of them personally liable.

42. On 3/2/2025, 2pm at church service, Chaplin Schanfish asked if anything had happened yet and told me that interim Warden Phillips still had not signed any documents or rendered an official decision.

43. On 3/3/2025 at 8:06am. I was paged to medical, and Ms Terry said I was there for the TB test.

    43.A. She had an injection needle in her hand

    43.B. I said that "I have a paper in region right now to authorize a gamma ray assay instead of a PPD injection"

    43.C. Ms Terry said "they are not gonna give you that".   I said "They haven't denied it yet"

    43.D. Ms Terry said "They are not gonna give it to you, but thats fine" and allowed me to leave her station.

    43.E. I stayed in medical for several more hours, waiting at sick call for a separate issue.

44. On 3/4/2025 at 11am while walking to lunch, I ran into Chaplin Schanfish who indicated that a tentative decision has been rendered, but was not yet official, and would not say what it was.

45. On 3/7/2025 at 12:48am I was called to the Chapel over the intercom and walked over.

    45.A. Mr Scanfish indicated that the blood draw was approved and gave me a paper indicating approval  *Exhibit 11*

    45.B. Based on common knowledge, Warden Phillips was the acting warden at the time, and thus made the approval. The paper also indicated the warden's office.

    45.C. He said that there were several people who were trying to strong-arm the decision to achieve a negative outcome, but would not give any names.

    45.D. Mr Scanfish stated that he had just got off the phone with medical, and that they would probably put me on a schedule for Monday.

    45.E. I spoke to Mr Brown immediately afterwards to generate another witness.

46. The next day on 3/8/2025 at 11:25 am, I was paged over the intercom to medical.

    46.A. Ms Tews, asked me to take a seat because I was there for a TB test.

    46.B. She produced a bag of approximately 10 injection needles preloaded with PPD.

    46.C. I immediately clarified that I was supposed to be TB tested by IrGA blood draw, and that I had recently had that alternative approved.

    46.D. She stated that I was indeed there to be tested for TB, but by injection.

    46.E. I asked her to check for an email regarding this issue, and she stated that there was no such email about either it or me.

    46.F. I also asked her to contact Mr Brown from the Chapel, who I just happened to see walking into building 9, which houses both Medical and the SHU.

    46.G. Ms Tews refused to call Mr Brown, and threatened to call a lieutenant to place me in the SHU.

    46.H. I stated that a lieutenant would also likely know about my approval, and was only then permitted to leave for the purpose of obtaining the document showing my approval.

    46.I. Upon my return and reading the document, she stated that it was inauthentic and lacked a date and signature.

    46.J. No lieutenant was available, and as such I was able to return to my unit by shear luck. She stated that she would put me on a list to be seen the following workday.

47. On 3/10/2025 at 9:35am, my blood was drawn for the TB test. A single vial of blood was placed in a bag labeled interferon gold. I felt very light headed, and stayed in medical long enough that I missed lunch.

48. On 3/13/2025 the following occurred:

    48.A. at 11:12am I was called to medical and informed by my medical provider Ms Bandas that my IrGA blood draw results came back with a positive infection of tuberculosis.

    48.B. Ms Bandas stated that testing by blood was very inaccurate and frequently results in false positives.

    48.C. I asked her for a specific percentage, and she said that about 80% of tests are inaccurate false positives, which is why the injection is "the gold standard". The documentation I read states precisely the opposite, which I kept to myself.

    48.D. At 11:35am, staff performed a second blood draw, and Mr King took an X-ray.

    48.E. I was then sent back to my unit in general population, Unit A-5.

49. On 3/18/2025 the following occurred:

    49.A. 8:20am I was placed on a medical call-out to show up at medical by that time.

    49.B. 9:10am I walked into Ms Bandas' office, who told me that the second blood test was also positive, but that the X-ray did not show active-spreading

    49.C. Ms Bandas would not conclusively say that I had tuberculosis with the two positive tests, but offered active TB medications Rifampin and Isoniazid which must be taken for 12 weeks.

    49.D. I asked for information on those medications and received side-effect information from Ms Bandas tagged with the website name www.uptodate.com which appears at exhibit __12__.

    49.E. She confirmed with me that these two medications must be taken together and are the only remedy that will be provided.

    49.F. I asked how long I had to decide, stating that I needed to consult with my family and pastor. She said that the only options were to accept or sign a refusal form at that very moment.

    49.G. I asked what happens if I accept and don't show up to pill line (to buy time). She said the order for the pills Rifampin and Isoniazid would not be available until the next day, and that after missing any medication for a third day would necessitate a visit to medical and signing refusal forms.

    49.H. I stated that I accept, and made it clear that I would read the side effects provided to me before truly deciding whether to take any medications.

    49.I. I was permitted to return back to general population in my Unit A-5.

50. On 3/20/2025 the following occurred:

    50.A. I was placed on a call-out to show up to the chapel at 9:20am

50.B. I was led to a small back office where Ms Debase called Mr Schanfish at a number resembling 997-280-0693 who was working from home.

50.C. Schanfish stated that Mr Baker in medical had told him about my two positive results in an email.

50.D. I had also sent an email to Schanfish, but about being offered TB medication and asking to what extent it was natural or synthetic. I did not affirmatively say that I had TB because Ms Bandas in medical would not affirmatively say that I had TB.

50.E. Schanfish stated that Baker's email had come minutes before I sent my electronic message.

50.F. Schanfish stated "did you know all along that you had TB?" in the form of an accusation and referred to my currently negative X-ray for active spread as a ticking biological time-bomb.

50.G. He stated that my questions regarding natural/synthetic were not within the purview of the religious services department; Despite my disagreement, I did concede the *answer* was not.

50.H. Upon further inquiry he re-characterized it as "not in [his] bailiwick", and asked Ms Debase to add Mr Baker from medical to the telephone conference. A portion of the conversation was muted by Ms Debase, and I was then instructed to go to medical to talk to Mr Baker

50.I. I arrived at medical and spoke with Mr Baker and Ms Alausa together. Mr Brie was tasked with locating information on Rifampin and Isoniazid. I followed only Mr Brie to the pharmacy.

50.J. Mr Brie looked for the drugs in the pharmacy, but was only able to find a single bottle of Isoniazid without a datasheet.    Rifampin was not in stock at the facility on this date.

50.K. Mr Brie instructed Ms Chierian to locate information on google, which appears at Exhibit 21.

50.L. I returned to Baker and Alausa, and asked for a "keep on person" ("KOP") pass noting that pills are dispensed at breakfast time and during lunch while Rifampin must be taken with food, and Isoniazid "at least one hour before or two hours after" eating.

50.M. The KOP pass was denied by Ms Alausa in front of Mr Baker, who did not object.

50.N. Ms Alausa then stated that the "one hour before or at least two hours after" clause translates into "take with food". I questioned that interpretation and she reasserted it. Mr Baker did not correct it.

50.O. Ms Alausa also stated that both Rifampin and Isoniazid are to be taken weekly, not daily.

    50.P. I elected to assent to the medication when it comes in, and was told it would begin Wednesday.

    50.Q. Mr Baker then stated that Mr Schanfish had asked to be informed of my medical decision by email.

51. On 3/21/2025 I was placed on a call-out to medical for 7:30am and showed up at 8:20am where I was presented with a paper stating that a blood specimen was collected on 3/10/2025 and HIV negative. I was requested to sign the paper at the end of the packet, which I did. I was not aware of an HIV test.

52. On 3/25/2025 I was placed on a medical call-out for 8:20am, and upon entering was confronted by Ms Terry, who said I was there for a TB skin test (injection). I was only able to evade it by chance because Ms Bandas happened to be present who said that she had not ordered that test. I was permitted to leave.

53. Because the approval for blood draw is on FCI Seagoville letterhead, and was approved by the interim warden Ms Phillips who has now left, I am facing an imminent threat no later than next March, and a court-ordered injunction is needed.

54. Because the approval was local, I may move facilities at any time, transfer is not under my control, and a mandatory transfer to a location closer to my home outside of this region will be required closer to the end of my sentence, and eventual placement in an independant halfway house is required --durable relief in the form of a court-ordered injunction is needed.

55. I am currently under imminent risk of physical injury, as the next injection comes closer.

## Relief

Punitive damages of at least $50,000 per defendant for every year that culminated in an injection.

Compensatory damages of at least $270,000.

Costs of suit and reasonable attorney fees.

Any and all other relief this court deems appropriate.

## Certification

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

/s/Tim Fredrickson

3/29/2025

