IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| TIMOTHY FREDERICKSON, | |
| Plaintiff, | |
| v. | Civil Action No. 3:25-cv-00820-X-BT |
| WILLIAM K. MARSHALL III, BRYAN WEAVER, GREGORY SCHANFISH, FNU WALLACE, FNU RUSSLE, REGIONAL DIRECTOR FNU LNU, REGIONAL PSYCHOLOGIST FNU LNU, KATHY ZOOK, FNU RIVERS, SCARLET GRANT, FNU KING, AND FNU ALAUSA, | |
| Defendants. | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

I, Andrea Hyatt, counsel for the defendants in their official capacities, do hereby

certify, pursuant to Local Rule 7.4 of the Northern District of Texas, that, other than the

plaintiff and his counsel, I am currently unaware of any person, organization, or other

legal entity with a financial interest in the outcome of this case.

Defendants' Certificate of Interested Persons – Page 1

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY


*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney
Texas Bar No. 24007419
Burnett Plaza, Suite 1700
801 Cherry Street, Unit # 4
Fort Worth, TX 76102-6882
Telephone:  817.252.5200
Fax: 817.252.5458
Andrea.Hyatt@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On October 9, 2025, I filed the foregoing document with the clerk of court for the

U.S. District Court, Northern District of Texas. I hereby certify that I have served the

document on all counsel and/or pro se parties of record by a manner authorized by

Federal Rules of Civil Procedure 5(b)(2).

.

*/s/ Andrea Hyatt*
Andrea Hyatt
Assistant United States Attorney